[No. 41674-0-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR
AGUILAR-SANTANA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03825-1, John M. Darrah, J., entered
November 3, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 41776-2-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA
KILCUP, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-05047-4, R. Joseph Wesley, J., entered
November 17, 1997. *Dismissed* by unpublished per curiam
opinion.

[No. 41807-6-I.    Division One.    February 16, 1999.]

K&K CONSTRUCTION, INC., *Appellant*, v. ALLEN B. CLARK,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-19708-6, Harriett M. Cody, J., entered
December 3, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 41855-6-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL P.
EASTERLY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-04378-2, Steven G. Scott, J., entered
December 5, 1997. *Affirmed in part* and *reversed in part* by
unpublished per curiam opinion.